# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

159263-6 & (240)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IVY ALICE WIMMER, f/k/a IVY ALICE
MONTANO,
          Plaintiff-Appellee,

v

                                                    SC: 159263, 159264, 159265 &
                                                            159266
                                                    COA: 340339, 340409, 340830 &
                                                            340996
                                                    Oakland CC: 2012-802216-DO

MARIO ALLAN MONTANO,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 4, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to correct the record and for other relief is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019

b1010

Clerk